IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CARL W. FABIAN, | * | |
| Plaintiff, | * | |
| v. | * | CV 111-30 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * | |
| Defendant. | * | |

**CONSENT ORDER**

This Case is before the Court on the Defendant's Consent Motion to Remand this Case to the Commissioner for Further Action under Sentence Four of 42 U.S.C. § 405(g). (Doc. no. 12.) Upon due consideration and the grounds urged in support thereof, the Court hereby **GRANTS** the Motion.

This case is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner of Social Security for the administrative law judge ("ALJ") to properly evaluate the opinions of the claimant's treating physicians and explain the weight given to each. If the treating physicians' opinions are not assigned controlling weight, the ALJ should obtain a current assessment of the claimant's functional capacity from a consultative examining physician, who has also conducted a full review of all the evidence in the record.

The Clerk is hereby **DIRECTED** to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of September, 2011.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA